1803.

## M'LAUGHLIN *against* SCOT.

*Thursday,*
September
15th.

THIS cause was referred under a rule of court, and the referees awarded for the plaintiff the sum of ninety-one dollars thirty cents, and costs of suit. The rule contained no provision that costs should abide the event of the suit, and the prothonotary taxed the plaintiff his full costs.

*An award of costs is good, although the principal sum reported by the referees would not carry costs if found by a jury.*

*S. Levy* for the defendant now insisted that the act of 25th *September* 1786, which provides that if any plaintiff shall bring or commence any suit or action in the Supreme Court and shall not recover thereupon more than 50*l.* he shall not be allowed any costs, was fatal to the plaintiff's claim, in the present case; for the act extended to all modes of recovery, as well by award of referees as by verdict of a jury.

*Burd,* contra.

Per CURIAM. It has been over and over again decided that the party takes costs if the referees give them to him; provided their authority is not limited by a special agreement. (*a*)